UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERTO GERON,

                Petitioner,                18 **CIVIL** 0168 (GHW)

   -against-                           **JUDGMENT**

H. GRAHAM,

                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons articulated in the R&R, the petition is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962). Petitioner has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253; accordingly, the case is closed.

**Dated:**  New York, New York
         September 30, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                **BY:**

                                                  **Deputy Clerk**